IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FRANK HOLLINGSWORTH : | |
| : | |
| v. : | CIVIL ACTION NO. 19-2754 |
| : | |
| R. HOME PROPERTY : | |
| MANAGEMENT, LLC : | |
| *doing business as* : | |
| PARK VIEW AT OAK CREST, ET AL. : | |

_____

## ORDER

This 27th day of October 2020, upon consideration of Defendants' Motion for Summary Judgment, ECF 33, it is hereby **ORDERED** that Defendants' Motion for Summary Judgment is **GRANTED**. The Clerk is requested to mark this case closed for statistical purposes.

    /s/ Gerald Austin McHugh
United States District Judge